■ In the Matter of 1442 THIRD AVE. REST. CORP., Doing Business as CAFE METAIRE, Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. [640 NYS2d 17]

Substantial evidence supports respondent's findings that

petitioner altered the subject premises without having obtained respondent's approval, and aided and abetted an unlicensed person or persons in the trafficking of alcohol (*see, Matter of Pell v Board of Educ.*, 34 NY2d 222, 230-231), notwithstanding the different findings made by the Administrative Law Judge (*see, Matter of Danzo Estate v New York State Liq. Auth.*, 27 NY2d 469). The penalty imposed is not shockingly disproportionate to the offense (*supra,* at 233-234). Concur—Sullivan, J. P., Wallach, Kupferman and Tom, JJ.